UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

VIRGINIA HEISKILL,

        Plaintiff,

v.                                          Civil Action No. 3:08cv672

LEGAL MEDIATION PRACTICE, INC.,
and
JOHN DOE, a/k/a "Darrell Green,"

        Defendants.

### ORDER

It appearing to the Court that all matters in dispute herein have been compromised and settled, the Complaint herein is ORDERED to be dismissed with prejudice.

Jan. 12, 2005
Date

/s/
Henry E. Hudson
United States District Judge

I ask for this:

By: Dale W. Pittman, VSB #15673
Attorney for Virginia Heiskill
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803-3212
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com


RECEIVED JAN -2 2009 CLERK, U.S. DISTRICT COURT RICHMOND, VA